**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Massachusetts**
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                                   12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   ATW Line Painting, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   ATW Line Painting & Construction, LLC
   ATW Line Painting LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   2150     Cedar Street
   Number   Street

   _____

   Dighton                MA    02715
   City                   State  ZIP Code

   Bristol
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____
   City          State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  **ATW Line Painting, LLC**  Case number (if known) _____
      Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ (MM/DD/YYYY) Case number, if known _____ |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ (MM/DD/YYYY) Case number, if known _____ |

## Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205      Involuntary Petition Against a Non-Individual      page 2

Debtor  ATW Line Painting, LLC
Name

Case number (if known) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Massachusetts Laborers' Health and Welfare Fund | Unpaid benefit contributions | $ 42,071.20 |
| | Massachusetts Laborers' Annuity Fund | Unpaid benefit contributions | $ 33,976.22 |
| | Massachusetts Laborers' Pension Fund | Unpaid benefit contributions | $ 32,274.00 |
| | | Total of petitioners' claims | $ 124,556.84 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Massachusetts Laborers' Health and Welfare Fund
Name

1400  District Avenue
Number  Street

Burlington    MA    01803
City          State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nathan P. Goldstein, Executive Director, Massachusetts Laborers' Benefit Funds
Name

1400 District Avenue
Number  Street

Burlington    MA    01803
City          State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/29/2023
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

### Attorneys

Sasha N. Gillin
Printed name

Segal Roitman, LLP
Firm name, if any

33   Harrison Avenue, 7th Floor
Number  Street

Boston    MA    02111
City      State  ZIP Code

Contact phone (617) 603-1428  Email sgillin@segalroitman.com

Bar number  690769

State  MA

✗ _____
Signature of attorney

Date signed  9/28/2023
MM / DD / YYYY

Debtor __ATW Line Painting, LLC__  Case number *(if known)* _____
         Name

---

**Name and mailing address of petitioner**

Massachusetts Laborers' Annuity Fund
Name

1400 District Avenue
Number  Street

Burlington            MA         01803
City                  State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nathan P. Goldstein, Executive Director, Massachusetts Laborers' Benefit Funds
Name

1400 District Avenue
Number  Street

Burlington            MA         01803
City                  State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/29/2023__
             MM / DD / YYYY


Signature of petitioner or representative, including representative's title

---

Sasha N. Gillin
Printed name

Segal Roitman, LLP
Firm name, if any

33    Harrison Avenue, 7th Floor
Number   Street

Boston              MA         02111
City                State      ZIP Code

Contact phone  (617) 603-1428    Email  sgillin@segalroitman.com

Bar number   690769

State   MA

Signature of attorney

Date signed  __9/28/2023__
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Massachusetts Laborers' Pension Fund
Name

1400 District Avenue
Number  Street

Burlington            MA         01803
City                  State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nathan P. Goldstein, Executive Director, Massachusetts Laborers' Benefit Funds
Name

1400 District Avenue
Number  Street

Burlington            MA         01803
City                  State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/29/2023__
             MM / DD / YYYY

Signature of petitioner or representative, including representative's title

---

Sasha N. Gillin
Printed name

Segal Roitman, LLP
Firm name, if any

33    Harrison Avenue, 7th Floor
Number   Street

Boston              MA         02111
City                State      ZIP Code

Contact phone  (617) 603-1428    Email  sgillin@segalroitman.com

Bar number   690769

State   MA

Signature of attorney

Date signed  __9/28/2023__
             MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor  ATW Line Painting, LLC
Name

Case number (if known) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | New England Laborers' Training Trust Fund | Unpaid benefit contributions | $ 3,416.20 |
| | Massachusetts Laborers' Legal Services Fund | Unpaid benefit contributions | $ 912.40 |
| | New England Laborers' Health and Safety Fund | Unpaid contributions | $ 684.30 |
| | | Total of petitioners' claims | $ 124,556.84 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

New England Laborers' Training Trust Fund
Name

37    East Street
Number    Street

Hopkinton        MA        01748
City                 State        ZIP Code

Name and mailing address of petitioner's representative, if any

Nathan P. Goldstein, Executive Director, Massachusetts Laborers' Benefit Funds
Name

1400 District Avenue
Number    Street

Burlington        MA        01803
City                 State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/29/2023
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Sasha N. Gillin
Printed name

Segal Roitman, LLP
Firm name, if any

33    Harrison Avenue, 7th Floor
Number    Street

Boston        MA        02111
City             State        ZIP Code

Contact phone (617) 603-1428   Email sgillin@segalroitman.com

Bar number  690769

State  MA

✗ _____
Signature of attorney

Date signed  9/28/2023
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor: **ATW Line Painting, LLC**
Case number (if known): _____

---

**Name and mailing address of petitioner**

Name: Massachusetts Laborers' Legal Services Fund
Number: 1400  Street: District Avenue
City: Burlington  State: MA  ZIP Code: 01803

**Name and mailing address of petitioner's representative, if any**

Name: Nathan P. Goldstein, Executive Director, Massachusetts Laborers' Benefit Funds
Number/Street: 1400 District Avenue
City: Burlington  State: MA  ZIP Code: 01803

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/29/2023

*[signed]*
Signature of petitioner or representative, including representative's title

---

Printed name: Sasha N. Gillin
Firm name, if any: Segal Roitman, LLP
Number: 33  Street: Harrison Avenue, 7th Floor
City: Boston  State: MA  ZIP Code: 02111
Contact phone: (617) 603-1428  Email: sgillin@segalroitman.com
Bar number: 690769
State: MA

*[signed]*
Signature of attorney
Date signed: 9/28/2023

---

**Name and mailing address of petitioner**

Name: New England Laborers' Health and Safety Fund
Number: 410  Street: S Main Street
City: Providence  State: RI  ZIP Code: 02903

**Name and mailing address of petitioner's representative, if any**

Name: Nathan P. Goldstein, Executive Director, Massachusetts Laborers' Benefit Funds
Number/Street: 1400 District Avenue
City: Burlington  State: MA  ZIP Code: 01803

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/29/2023

*[signed]*
Signature of petitioner or representative, including representative's title

---

Printed name: Sasha N. Gillin
Firm name, if any: Segal Roitman, LLP
Number: 33  Street: Harrison Avenue, 7th Floor
City: Boston  State: MA  ZIP Code: 02111
Contact phone: (617) 603-1428  Email: sgillin@segalroitman.com
Bar number: 690769
State: MA

*[signed]*
Signature of attorney
Date signed: 9/28/2023

Debtor  ATW Line Painting, LLC
      Name

Case number (if known) _____

| 13. Each petitioner's claim — Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| New England Laborers' Labor-Management Cooperation Trust | Unpaid contributions | $ 684.30 |
| Massachusetts Construction Advancement Program | Unpaid contributions | $ 456.20 |
| Massachusetts Laborers' Unified Trust | Unpaid contributions | $ 2,281.00 |
| | Total of petitioners' claims | $ 124,556.84 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

New England Laborers' Labor-Management Cooperation Trust
Name

226   S. Main Street
Number   Street

Providence   RI   02903
City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nathan P. Goldstein, Executive Director, Massachusetts Laborers' Benefit Funds
Name

1400 District Avenue
Number   Street

Burlington   MA   01803
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/29/2023
      MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

### Attorneys

Sasha N. Gillin
Printed name

Segal Roitman, LLP
Firm name, if any

33   Harrison Avenue, 7th Floor
Number   Street

Boston   MA   02111
City   State   ZIP Code

Contact phone  (617) 603-1428   Email  sgillin@segalroitman.com

Bar number   690769

State   MA

X _____
Signature of attorney

Date signed   9/28/2023
      MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

Debtor  **ATW Line Painting, LLC**     Case number (*if known*)_____
       Name

---

**Name and mailing address of petitioner**

Name: Massachusetts Construction Advancement Program

Number/Street: 1661  Worcester Road, Suite 403

City: Framingham   State: MA   ZIP Code: 01701

**Name and mailing address of petitioner's representative, if any**

Name: Nathan P. Goldstein, Executive Director, Massachusetts Laborers' Benefit Funds

Number/Street: 1400 District Avenue

City: Burlington   State: MA   ZIP Code: 01803

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/29/2023
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Printed name: Sasha N. Gillin

Firm name, if any: Segal Roitman, LLP

Number/Street: 33  Harrison Avenue, 7th Floor

City: Boston   State: MA   ZIP Code: 02111

Contact phone: (617) 603-1428   Email: sgillin@segalroitman.com

Bar number: 690769

State: MA

✗ _____
Signature of attorney

Date signed: 9/28/2023
MM / DD / YYYY



---

**Name and mailing address of petitioner**

Name: Massachusetts Laborers' Unified Trust

Number/Street: 7  Laborers Way

City: Hopkinton   State: MA   ZIP Code: 01748

**Name and mailing address of petitioner's representative, if any**

Name: Nathan P. Goldstein, Executive Director, Massachusetts Laborers' Benefit Funds

Number/Street: 1400 District Avenue

City: Burlington   State: MA   ZIP Code: 01803

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/29/2023
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title



---

Printed name: Sasha N. Gillin

Firm name, if any: Segal Roitman, LLP

Number/Street: 33  Harrison Avenue, 7th Floor

City: Boston   State: MA   ZIP Code: 02111

Contact phone: (617) 603-1428   Email: sgillin@segalroitman.com

Bar number: 690769

State: MA

✗ _____
Signature of attorney

Date signed: 9/28/2023
MM / DD / YYYY



---

Official Form 205     Involuntary Petition Against a Non-Individual     page 4

Debtor  ATW Line Painting, LLC                                              Case number (if known)_____
Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Massachusetts & Northern New England Laborers' District Council | Unpaid dues | $ 7,481.68 |
| Laborers' Political League | Unpaid contributions | $ 319.34 |
| | | $ |
| | Total of petitioners' claims | $ 124,556.84 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Massachusetts & Northern New England Laborers' District Council
Name

7  Laborers Way
Number  Street

Hopkinton     MA     01748
City          State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nathan P. Goldstein, Executive Director, Massachusetts Laborers' Benefit Funds
Name

1400 District Avenue
Number  Street

Burlington    MA     01803
City          State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/29/2023
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

### Attorneys

Sasha N. Gillin
Printed name

Segal Roitman, LLP
Firm name, if any

33    Harrison Avenue, 7th Floor
Number  Street

Boston        MA     02111
City          State  ZIP Code

Contact phone (617) 603-1428   Email sgillin@segalroitman.com

Bar number 690769

State  MA

X _____
Signature of attorney

Date signed  9/28/2023
             MM / DD / YYYY

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 3

Debtor  **ATW Line Painting, LLC**
Name

Case number (*if known*)_____

---

**Name and mailing address of petitioner**

Laborers' Political League
Name

905   16th Street, NW
Number   Street

Washington        DC        20006
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nathan P. Goldstein, Executive Director, Massachusetts Laborers' Benefit Funds
Name

1400 District Avenue
Number   Street

Burlington        MA        01803
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/29/2023
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Sasha N. Gillin
Printed name

Segal Roitman, LLP
Firm name, if any

33    Harrison Avenue, 7th Floor
Number   Street

Boston            MA        02111
City              State     ZIP Code

Contact phone  (617) 603-1428    Email  sgillin@segalroitman.com

Bar number  690769

State  MA

✗ _____
Signature of attorney

Date signed  9/28/2023
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name

Number   Street

City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Printed name

Firm name, if any

Number   Street

City              State     ZIP Code

Contact phone  _____    Email  _____

Bar number  _____

State  _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---